UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-5144
_____

ROGER CHARLES DAY, JR.,                                    Appellant,

    v.

BARACK OBAMA,
President of the United States,                            Appellee.

## MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSE

This is an appeal of the district court's order denying appellant's petition for a writ of habeas corpus. On June 11, 2015, appellant filed a brief in this matter, which he supplemented on June 25, 2015. On September 10, 2015, this Court order the government to respond to appellant's brief.

The United States of America respectfully moves for an extension of time, through and including December 14, 2015, within which to file its response. Appellant is currently incarcerated and is *pro se*. Therefore, the undersigned Assistant United States Attorney has not

sought or obtained appellant's consent. This is the government's second request for an extension of time in this matter.

The government seeks an extension of time in order to address adequately the issues raised by appellant, in addition to the press of other appellate business.

WHEREFORE, the United States respectfully requests that this Court grant the government an extension of time, until December 14, 2015, within which to file its response.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                United States Attorney

                ELIZABETH TROSMAN
                Assistant United States Attorney

                /s/
                SUZANNE GREALY CURT
                D.C. Bar #349654
                Assistant United States Attorney
                555 Fourth Street, NW, Room 8104
                Washington, D.C. 20530
                (202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2015, I have caused a copy of the foregoing Motion for an Extension of Time to be sent by first-class mail to:

>Roger Charles Day, Jr.
>Fed. Reg. No. 12388-050
>United States Penitentiary
>Terre Haute
>PO Box 33
>Terre Haute, IN  47808


>_____/s/_____
>SUZANNE GREALY CURT
>Assistant United States Attorney